FILED

2021 JUN 28 PM 12: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PLAINTIFF | CASE NUMBER:<br>CR07-00100-001 |
| ROBBIN PARKS EUGENE<br>USMS# 45599-112<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ03050**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 06/28/2021   09:30   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583 PROBATION VIOLATION

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1961

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: FLORES, EDDIE   (please print)

12. Office Phone Number: 213-841-1610

13. Agency: US MARSHALS

14. Signature: _[signature]_

15. Date: 06/28/2021

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION