# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBBIN EUGENE PARKS, <br><br> Defendant. | Case No. 21-MJ-03050-DUTY <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒ the appearance of defendant as required; and/or

☐ the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on: instant allegations; unverified background information and bail resources; prior parole violations.

☐ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on:

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 6/28/2021

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE